## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>CHERRY STREET COFFEE HOUSE LLC, and GOOD ARTS LLC, individually,<br><br>Defendants. | Cause No. 2:20-cv-1729<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE FOR DEFENDANT CHERRY STREET COFFEE HOUSE LLC |

Plaintiff, Robert Kessler, and Defendant Cherry Street Coffee House LLC, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice Defendant Cherry Street Coffee House LLC from this action pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, Defendant Cherry Street Coffee House LLC shall be Dismissed from this lawsuit with prejudice.

Dated this 27th day of January, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Court Judge

DATED this 27 January 2021.

Respectfully submitted,

/s/ M. William Judnich
M. William Judnich
WSBA #56087
Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com

/s/ Emma Kazaryan
Emma Kazaryan, WSBA No. 49885
Helsell Fetterman LLP
1001 Fourth Ave, Suite 4200
Seattle, WA 98154
(206)689-2105
ekazaryan@helsell.com
*Attorney for Defendant Cherry Street Coffee House LLC*