1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>     Plaintiff,<br><br>    -vs-<br><br>CHERRY STREET COFFEE HOUSE LLC,<br>and GOOD ARTS LLC, individually,<br><br>     Defendants. | Cause No. 2:20-cv-1729<br><br><br>JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE FOR DEFENDANT<br>CHERRY STREET COFFEE HOUSE LLC |

   Plaintiff, Robert Kessler, and Defendant Good Arts LLC, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice the above referenced action pursuant to the parties' settlement agreement and LCR 7(d)(1).

   **IT IS SO ORDERED**, this matter is Dismissed with prejudice.

   Dated this 18th day of February, 2021.

*MnS S Lasnik*
Robert S. Lasnik
United States District Judge

Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
(406) 493-1084

1

2

DATED this 17 February 2021.

3

4                                           Respectfully submitted,

5

6                                           */s/ M. William Judnich*

M. William Judnich

7                                           WSBA #56087

Enabled Law Group

8                                           P.O. Box 4523

Missoula, Montana 59806

9                                           Telephone: 406-493-1084

Email: MJ@Enabledlawgroup.com

10                                          *Attorney for Plaintiff*

11

12                                          */s/ Melissa Mordy*

Melissa Mordy  WSBA No. 41879

13                                           Davis Wright Tremain LLP

14                                           929 108th Ave NE

Bellevue, WA 98004

15                                           (425) 626-6100

16                                           Email: missymordy@dwt.com

*Attorney for Defendant Good Arts LLC*

17

18

19

20

21

22

23

24

25

26

27

Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
(406) 493-1084